UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BRYAN GEHRING,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:11-CV-05079-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on the motion by Defendant (ECF No. 14) and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 15, 2011;
- Plaintiff shall file the Reply Brief on or before July 29, 2011; and
- Oral argument, if desired, shall be requested by August 5, 2011.

DATED this 7th day of June 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:11-CV-05079-BHS-JRC]