UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYAN GEHRING,               )    CIVIL NO. 3:11-cv-5079-BHS
          Plaintiff,     )
                       )    ORDER FOR ATTORNEY'S FEES
vs.                          )    PURSUANT TO 42 U.S.C. § 406(b)
                       )
CAROLYN W. COLVIN,           )
Acting Commissioner of Social Security,   )
                       )
                       )

      THIS MATTER having come on regularly before the undersigned upon Plaintiff's

unopposed Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having

considered the contentions of Plaintiff and Defendant, good cause having been shown for entry

of the Order, now therefore, it is hereby

      ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of

$5,422.98 pursuant to 42 U.S.C. § 406(b).  Plaintiff's attorney has already received $2,720.98

under the Equal Access to Justice Act, leaving a remaining fee of $2,702.00. Social Security is

directed to send $2,702.00 to Plaintiff's attorney, minus any applicable processing fees as

allowed by statute.

ORDER FOR ATTORNEY FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 3:11-cv-5079-BHS]  - 1

DATED this 30th day of December, 2013.

_BENJAMIN H. SETTLE_
United States District Judge

Presented by:


S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff

ORDER FOR ATTORNEY FEES PURSUANT TO 42
U.S.C. § 406(b) [No. 3:11-cv-5079-BHS] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900